# United States District Court
## Violation Notice

C26-130440 (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VA15 | E 1405799 | Mullett | 518 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 08/22/2026 1950 | 36 CFR 4.21(c) |

Place of Offense: COLONIAL PARKWAY K-2

Offense Description: Factual Basis for Charge HAZMAT ☐

SPEEDING IN EXCESS OF POSTED LIMITS 68/45

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| STROUD | DANIEL | A |

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| MBR8353 | NC | 25 | HYUNDAI | ☐ | BLK |

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 140 Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 170 Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Courthouse, 2400 West Avenue, Newport News, VA 23607

Date: 11/10/2026

Time: 0830

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1405799*

CVB SCAN 09/01/2026 13:34

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ______________ 20___ while exercising my duties as a law enforcement officer in the ______________ District of ______________

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______________ Date (mm/dd/yyyy) ______________ Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________ Date (mm/dd/yyyy) ______________ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/01/2026 13:34